# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Estrada, Alberto | Docket No. | 0980 4:18CR06038-004 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Alberto Estrada, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 1st day of August, 2018 under the following conditions:

**Condition # 9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #4:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial release by consuming cocaine on or about April 13, 2019.

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial release by consuming alcohol on or about April 13, 2019.

The conditions of release were reviewed with defendant on August 15, 2018. He acknowledged an understanding of his conditions, which included condition number 9 and special condition number 4, as noted above.

Defendant contacted the undersigned officer on April 15, 2019, and reported that he had a urinalysis test at Merit on that date and wanted to admit that he messed up over the weekend and used alcohol and cocaine. Defendant admitted to going to a bar and consuming alcohol, which then led to him using cocaine. The urinalysis test was submitted and returned as positive for cocaine on April 20, 2019.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: May 3, 2019 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_
Signature of Judicial Officer

5/3/2019
Date